## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF THE MOTOR YACHT TANGO, WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 1010703 | CASE NO. 22-sz-5<br><br>**FILED UNDER SEAL** |

### ORDER

This matter came before the Court on the Government's motion for a sealing order. In consideration of the criteria set forth in *Washington Post v. Robinson*, 935 F.2d 282, 289-90 & n.10 (D.C. Cir. 1991), and the representations made in the Government's motion, it is hereby

**ORDERED** that the Government's Motion is **GRANTED;** it is further

**ORDERED** that the Clerk of the Court shall place and maintain under seal the Seizure Warrant and attachments thereto, the Application for the Seizure Warrant, the Affidavit in Support of the Seizure Warrant, the subsequent Return of the Seizure Warrant, the Government's Motion and Supporting Memorandum to Seal, and this Order until further order of the Court or until such time as the Government must disclose the affidavit to comply with its discovery, *Giglio*, and *Brady* obligations in any pending related criminal case; it is further

**ORDERED** that the Government is authorized to disclose any of the above-listed documents in order to comply with any discovery, *Giglio*, or *Brady* obligations in any criminal case; it is further

**ORDERED** that the United States is authorized to disclose the existence of the warrant, related pleadings, and underlying information with appropriate domestic or foreign authorities and persons in order to facilitate seizure and transfer of the properties in question; it is further

**ORDERED** that because this property is an inanimate object that cannot ask for unsealing, the government is granted authority to automatically unseal the instant matter once sealing is no longer required, without further order from this Court; it is further

**ORDERED** that the Clerk's Office shall provide to the U.S. Attorney's Office three (3) certified copies of the Seizure Warrant and related pleadings in this case.

SIGNED this   25th   day of March, 2022.

_____
THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE