UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF THE MOTOR YACHT TANGO, WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 1010703 | CASE NO. 22-sz-5<br><br>**FILED UNDER SEAL** |

**MOTION AND SUPPORTING MEMORANDUM
TO UNSEAL APPLICATION AND AFFIDAVIT**

COMES NOW, the United States of America, by and through undersigned counsel, and respectfully moves for an order to unseal the application and the affidavit in support thereof for a seizure warrant for the vessel known as the TANGO (International Maritime Organization ("IMO") No. 1010703) (the "TANGO"), as well as this Motion and Supporting Memorandum to Seal Application and Affidavit, and the Order related to the same, as well as this motion and Order related thereto. In support whereof, the United States represents as follows:

1. On March 25, 2022, the Court issued a seizure warrant for the TANGO. On that date, the Court also granted the United States' motion to seal the proceeding until further order of the Court.

2. On March 28, 2022, the United States transmitted a request to the Kingdom of Spain, where the TANGO is located, to enforce the Court's seizure order.

3. Based on information received by undersigned counsel, the relevant Spanish court is anticipated to issue order restraining the TANGO, which is anticipated to be executed by Spanish authorities on or about April 4 or 5, 2022.

4. Upon execution of the Spanish order, the basis for unsealing described in the government's initial motion (*i.e.*, that targets familiar with the property might be alerted to destroy evidence and conceal other forfeitable property) will be moot.

5.     **WHEREFORE**, the United Sates respectfully moves this Court to issue an Order unsealing the proceedings at the time of the execution of the Spanish court's Order. Undersigned counsel will alert the Court as to the timing of the same, so that the documents may be then publicly docketed by the Clerk of the Court.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

By:   */s/ Karen P. W. Seifert*
        Karen P. W. Seifert
        Assistant United States Attorney
        N.Y. Bar No. 4742342
        United States Attorney's Office
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        Telephone: 202-252-7527
        Email: karen.seifert@usdoj.gov