UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF THE MOTOR YACHT TANGO, WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 1010703 | CASE NO. 22-sz-5<br><br>**FILED UNDER SEAL** |

**ORDER**

This matter came before the Court on the Government's motion to unseal the case. In consideration of the representations made in the Government's motion, it is hereby

**ORDERED** that the Government's Motion is **GRANTED;** it is further

**ORDERED** that the Seizure Warrant and attachments thereto, the Application for the Seizure Warrant, the Affidavit in Support of the Seizure Warrant, the subsequent Return of the Seizure Warrant, the Government's Motion and Supporting Memorandum to Seal, and the Court's Order related thereto, as well as the Government's Motion to Unseal and this Order, shall be unsealed upon the execution of the Spanish court order referenced in the Government's motion; it is further

**ORDERED** that the Government will relay to the Clerk of Court when the Spanish court order is executed; it is further

**ORDERED** that the Clerk of Court shall then enter the same documents on the public docket.

SIGNED this __1st__ day of April, 2022.

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE