AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>THE MOTOR YACHT TANGO,<br>WITH INTERNATIONAL MARITIME<br>ORGANIZATION NUMBER 1010703 | )<br>)<br>)   Case No.   22-sz-5<br>)<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the   jurisdiction of the   District of   Columbia   be seized as being subject to forfeiture to the United States of America. The property is described as follows:

TANGO (International Maritime Organization ("IMO") No. 1010703), to include all chattels on board, in inventory, or in transit to the vessel, pursuant to 18 U.S.C. § 1349; 50 U.S.C. § 1705(a); 18 U.S.C. § 1956(a)(2) & (h); 18 U.S.C. §§ 981(a) & 982; 28 U.S.C. § 2461(c)

AS FURTHER DESCRIBED IN THE AFFIDAVIT

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before   04/07/2022

*(not to exceed 14 days)*

☐ in the daytime – 6:00 a.m. to 10:00 p.m.      ☑ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge   Zia M. Faruqui   .

*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   03/25/2022

*Judge's signature*

Zia M. Faruqui
2022.03.25 11:48:51 -04'00'

City and state:   District of Columbia      Zia M. Faruqui, United States Magistrate Judge

*Printed name and title*

AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 22-sz-5 | Date and time warrant executed: April 4, 2022  0800 | Copy of warrant and inventory left with: Simon Tyrrell |
| Inventory made in the presence of: | | |
| Inventory of the property taken: | | |

This warrant was executed by the Spanish agency Guardia Civil pursuant to an MLAT from the United States. The M/y TANGO (IMO 1010703) was seized along with all items on board. The vessel is currently being held at a shipyard in Palma, Majorca, Spain.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: April 13, 2022

_____
*Executing officer's signature*

Marcus Giebel, Special Agent FBI
*Printed name and title*